FILED

04/22/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0088

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0088

STATE OF MONTANA,

Plaintiff and Appellant,

v.

JACOB GEORGE FREIBURG,

Defendant and Appellee.

**ORDER**

The State of Montana has filed a motion to voluntarily dismiss its appeal.

The Appellee's counsel has been contacted and has no objection.

Good cause appearing, the State's appeal in the above-captioned matter is dismissed with prejudice.

CMF

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 22 2020